## GEORGE EVERSMAN *v.* JOANNE J. EVERSMAN
### (8758)

DALY, O'CONNELL and LANDAU, Js.

Argued September 25—decision released October 3, 1990

*Laura B. Welch,* with whom were *William H. Narwold* and, on the brief, *Karen L. Goldthwaite* and *Samuel V. Schoonmaker III,* for the appellant (defendant).

*Robert M. Wechsler,* with whom, on the brief, was *Rhonna W. Rogol,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.